PER CURIAM: *
Roberto Garcia-Espinoza appeals the sentence imposed following his guilty-plea *381 conviction of illegal re-entry after deportation in violation of 8 U.S.C. § 1326. Garcia-Espinoza asserts that the district court erred when it ordered his federal sentence to run consecutively to a not-yet-imposed state sentence. Because his challenge is foreclosed by our prior precedent, we affirm the district court’s holding.[1]
* ifs *
AFFIRMED.

 Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be *381 published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

. See United States v. Brown, 920 F.2d 1212 (5th Cir. 1991), abrogated on other grounds by United States v. Candia, 454 F.3d 468, 472-73 (5th Cir.2006).